No. 73–362. MORTON, SECRETARY OF THE INTERIOR, ET AL. *v.* MANCARI ET AL. Appeal from D. C. N. M. [Probable jurisdiction noted, 414 U. S. 1142.] Motion of National Federation of Federal Employees for leave to file a brief as *amicus curiae* denied.

No. 73–679. WOLFF, WARDEN, ET AL. *v.* McDONNELL. C. A. 8th Cir. [Certiorari granted, 414 U. S. 1156.] Motion of Ohio State University College of Law Clinical Programs for leave to file an untimely brief as *amicus curiae* denied.

No. 73–1148. DECOTEAU *v.* DISTRICT COUNTY COURT FOR THE TENTH JUDICIAL DISTRICT. Sup. Ct. S. D. The Solicitor General is invited to file a brief in this case expressing the views of the United States on or before May 14, 1974.

No. 73–5845. JACKSON *v.* METROPOLITAN EDISON Co. C. A. 3d Cir. [Certiorari granted, 415 U. S. 912.] Motion of Legal Aid Foundation of Long Beach et al. for leave to file a brief as *amici curiae* granted.

No. 73–1294. GOLDBERG *v.* COMMISSIONER OF INTERNAL REVENUE ET AL. Motion for leave to file petition for writ of mandamus denied.

No. 73–1406. CHAPMAN ET AL. *v.* MEIER, SECRETARY OF STATE OF NORTH DAKOTA. Appeal for D. C. N. D. Probable jurisdiction noted.